FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2005 MAY 18  PM 1: 24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

RUTH DYER,

    Plaintiff

vs.

SHANNON LEE, JOHN J. TRUITT,
THOMAS F. HUMANN, III, and
RYAN E. TUTT,

    Defendants.
_____/

Case No.

2:05-cv-237-FtM-29DNF

## COMPLAINT

Plaintiff, RUTH DYER, sues Defendants, jointly and severally, and alleges:

1. This is an action brought pursuant to Title 42 U.S.C., Section 1983 and Title 28 U.S.C., Section 1343, seeking damages, including costs of litigation and reasonable attorney's fees, against the Defendants for committing acts, under color of state law, which deprived Plaintiff of rights secured by the Fourth, Fifth, and Fourteenth Amendments to the Constitution of the United States. This Court has original jurisdiction pursuant to Title 28 U.S.C., Sections 1331 and 1343.

2. The violation of Plaintiff's rights alleged herein was committed within Collier County, Florida, and venue is proper in this district pursuant to 28 U.S.C. Section 1391 (b).

SCANNED

3. Defendants were at all times material hereto, employed by the Office of the Sheriff of Collier County and were therefore acting individually as well as under the color of authority of the laws of the State of Florida.

4. On or about March 13, 2003, Plaintiff was sitting in her vehicle in the parking lot of the Ridgeport Pub on Airport-Pulling Road North in Naples, Florida, and, at approximately 7:17 p.m., Plaintiff was approached by Defendants.

5. Despite the fact that Plaintiff was not in control of the vehicle, Defendants proceeded to arrest Plaintiff for allegedly driving with an unlawful blood alcohol content.

6. Defendants placed handcuffs on Plaintiff and then put Plaintiff in the back seat of one of their patrol vehicles.

7. While Plaintiff was being arrested and/or was in the back seat of the patrol vehicle, Defendants sprayed her in the face with oleoresin capsicum (pepper spray) and beat her with night sticks.

8. Each Defendant used unnecessary and excessive force in attempting to subdue the already detained Plaintiff and each Defendant intentionally or recklessly disregarded the constitutional rights of the Plaintiff secured by the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

9. As a direct and proximate result of the wrongful conduct of Defendants as alleged above, Plaintiff suffered bodily injury and resulting pain and suffering, mental anguish, loss of employment, and loss of capacity for the enjoyment of life.

10. The acts of Defendants deprived Plaintiff or her right to be free from the use of excessive force and otherwise deprived Plaintiff of due process of law in violation of the rights, privileges, and immunities guaranteed to the Plaintiff under the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States of America.

11. Plaintiff has retained the undersigned law firm to bring this suit and has agreed to pay said law firm a reasonable fee for services rendered, and is therefore entitled to reimbursement from Defendants pursuant to the provisions of 42 U.S.C. 1983.

WHEREFORE, Plaintiff, RUTH DYER, prays:

A. that the Plaintiff be awarded compensatory damages, together with interest against Defendants jointly and severally;

B. that the Plaintiff be awarded punitive damages against the Defendants jointly and severally;

C. that the Plaintiff be awarded costs of this litigation to be paid jointly and severally by Defendants; and

D.  that the Plaintiff be awarded reasonable attorney's fees incurred in connection with the prosecution of this matter to be paid jointly and severally by Defendants.

PLAINTIFF DEMANDS TRIAL BY JURY.

Filed this 17th day of May, 2005.

By: /s/
MICHAEL R.N. McDONNELL
Florida Bar No. 124032

**McDONNELL TRIAL LAWYERS**
5150 Tamiami Trail North
Suite 501, Newgate Tower
Naples, Florida 34103
(239) 434-7711 telephone
(877) 613-7485 facsimile
Attorneys for Plaintiff